604 A.2d 1025

WHEELING–PITTSBURGH STEEL CORPORATION and Monessen Southwestern Railroad, a Wholly Owned Subsidiary of Wheeling–Pittsburgh Steel Corporation

v.

The BOARD OF REVISION OF TAXES AND APPEALS OF the CITY OF MONESSEN and the Board of Assessment and Appeals of the County of Westmoreland.

Appeal of the CITY OF MONESSEN and the School District of the City of Monessen.

Supreme Court of Pennsylvania.

Argued March 11, 1992.

Decided April 16, 1992.

Kenneth P. Simon, Phillip S. Simon, Simon & Simon, Pittsburgh, for appellants.

C. Andrew McGhee, Rose, Schmidt, Halsey & DiSalle, Pittsburgh, for Monessen, Inc.

Kevin F. McKeegan, Meyer, Unkovic & Scott, Pittsburgh, for Bethlehem Rail Acquisition.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN and PAPADAKOS, JJ., dissent.